# EXHIBIT A

## Plaintiff's Dispute Correspondence

# BENJAMIN D. TARVER

February 2, 2026

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016-2000

**RE: NOTICE OF LITIGATION & DEMAND FOR METHOD OF VERIFICATION
(FCRA § 1681i)**

**Disputed Account:** CAPITAL ONE (Ending in 7037) **Reference Case:** 2026-SC-001384-0
(Orange County, FL)

To the Regulatory Compliance Department:

This is not a frivolous dispute. This is a formal notice that the account listed above is currently
the subject of **active litigation** in the County Court of Orange County, Florida. I have attached
the Summons and Complaint as proof.

**I. DISPUTE OF ACCURACY & STATUS** The Data Furnisher (Capital One) and their counsel
(Pollack & Rosen, P.A.) are reporting this account as an undisputed debt. This is factually false. I
have filed a formal **Answer and Affirmative Defenses** in court denying the debt and disputing
the balance of $3,791.33.

Reporting this account without the compliance condition code **"XB"** (Consumer disputes this
account information) constitutes a willful violation of the FCRA § 1681s-2(a)(3).

**II. DEMAND FOR "METHOD OF VERIFICATION" (FCRA § 1681i)** I suspect you will
attempt to "verify" this dispute using the automated e-OSCAR system and 2-digit ACDV codes
rather than conducting the reasonable investigation required by law.

Therefore, pursuant to **15 U.S.C. § 1681i(a)(7)**, if you verify this account as accurate, I hereby
demand that you provide me with a written **description of the procedure used to determine
the accuracy and completeness of the information**, including:

1. The business name and address of the furnisher you contacted.
2. The **name, business telephone number, and department** of the specific human
   employee at Capital One who physically verified this information against the original
   wet-ink contract.

101 Lake Ave #1706
Orlando, FL 32801

(707) 289-5520
bentarverflorida@gmail.com

3. A copy of the "Verification Logs" or screenshots used in your investigation.

**WARNING:** If you verify this account *without* marking it as "Disputed," or if you fail to provide the Method of Verification details requested above within 15 days of your investigation results, I will amend my defense to include a federal counterclaim against you for willful non-compliance.

**GOVERN YOURSELVES ACCORDINGLY.**


Sincerely,


Benjamin D. Tarver

Enclosures:

1. Copy of Summons & Statement of Claim (Case No. 2026-SC-001384-0)

2. Copy of FL Driver's License (Identity Verification)

3. Copy of Utility Bill (Address Verification)

# BENJAMIN D. TARVER

February 2, 2026

Experian
P.O. Box 4500
Allen, TX 75013

**RE: NOTICE OF LITIGATION & DEMAND FOR METHOD OF VERIFICATION (FCRA § 1681i)**

**Disputed Account:** CAPITAL ONE (Ending in 7037) **Reference Case:** 2026-SC-001384-0 (Orange County, FL)

To the Regulatory Compliance Department:

This is not a frivolous dispute. This is a formal notice that the account listed above is currently the subject of **active litigation** in the County Court of Orange County, Florida. I have attached the Summons and Complaint as proof.

**I. DISPUTE OF ACCURACY & STATUS** The Data Furnisher (Capital One) and their counsel (Pollack & Rosen, P.A.) are reporting this account as an undisputed debt. This is factually false. I have filed a formal **Answer and Affirmative Defenses** in court denying the debt and disputing the balance of $3,791.33.

Reporting this account without the compliance condition code **"XB"** (Consumer disputes this account information) constitutes a willful violation of the FCRA § 1681s-2(a)(3).

**II. DEMAND FOR "METHOD OF VERIFICATION" (FCRA § 1681i)** I suspect you will attempt to "verify" this dispute using the automated e-OSCAR system and 2-digit ACDV codes rather than conducting the reasonable investigation required by law.

Therefore, pursuant to **15 U.S.C. § 1681i(a)(7)**, if you verify this account as accurate, I hereby demand that you provide me with a written **description of the procedure used to determine the accuracy and completeness of the information**, including:

1.  The business name and address of the furnisher you contacted.

101 Lake Ave #1706
Orlando, FL 32801
(707) 289-5520
bentarverflorida@gmail.com

2. The **name, business telephone number, and department** of the specific human employee at Capital One who physically verified this information against the original wet-ink contract.

3. A copy of the "Verification Logs" or screenshots used in your investigation.

**WARNING:** If you verify this account *without* marking it as "Disputed," or if you fail to provide the Method of Verification details requested above within 15 days of your investigation results, I will amend my defense to include a federal counterclaim against you for willful non-compliance.

**GOVERN YOURSELVES ACCORDINGLY.**

Sincerely,

Benjamin D. Tarver

Enclosures:

1. Copy of Summons & Statement of Claim (Case No. 2026-SC-001384-0)

2. Copy of FL Driver's License (Identity Verification)

3. Copy of Utility Bill (Address Verification)

# BENJAMIN D. TARVER

February 2, 2026

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374-0256

## RE: NOTICE OF LITIGATION & DEMAND FOR METHOD OF VERIFICATION (FCRA § 1681i)

**Disputed Account:** CAPITAL ONE (Ending in 7037) **Reference Case:** 2026-SC-001384-0 (Orange County, FL)

To the Regulatory Compliance Department:

This is not a frivolous dispute. This is a formal notice that the account listed above is currently the subject of **active litigation** in the County Court of Orange County, Florida. I have attached the Summons and Complaint as proof.

**I. DISPUTE OF ACCURACY & STATUS** The Data Furnisher (Capital One) and their counsel (Pollack & Rosen, P.A.) are reporting this account as an undisputed debt. This is factually false. I have filed a formal **Answer and Affirmative Defenses** in court denying the debt and disputing the balance of $3,791.33.

Reporting this account without the compliance condition code **"XB"** (Consumer disputes this account information) constitutes a willful violation of the FCRA § 1681s-2(a)(3).

**II. DEMAND FOR "METHOD OF VERIFICATION" (FCRA § 1681i)** I suspect you will attempt to "verify" this dispute using the automated e-OSCAR system and 2-digit ACDV codes rather than conducting the reasonable investigation required by law.

Therefore, pursuant to **15 U.S.C. § 1681i(a)(7)**, if you verify this account as accurate, I hereby demand that you provide me with a written **description of the procedure used to determine the accuracy and completeness of the information**, including:

1. The business name and address of the furnisher you contacted.

101 Lake Ave #1706
Orlando, FL 32801
(707) 289-5520
bentarverflorida@gmail.com

2. The **name, business telephone number, and department** of the specific human employee at Capital One who physically verified this information against the original wet-ink contract.
3. A copy of the "Verification Logs" or screenshots used in your investigation.

**WARNING:** If you verify this account *without* marking it as "Disputed," or if you fail to provide the Method of Verification details requested above within 15 days of your investigation results, I will amend my defense to include a federal counterclaim against you for willful non-compliance.

**GOVERN YOURSELVES ACCORDINGLY.**

Sincerely,

Benjamin D. Tarver

Enclosures:

1. Copy of Summons & Statement of Claim (Case No. 2026-SC-001384-0)

2. Copy of FL Driver's License (Identity Verification)

3. Copy of Utility Bill (Address Verification)

# BENJAMIN D. TARVER

February 8, 2026

Experian
P.O. Box 4500
Allen, TX 75013

## RE: DISPUTE OF FACTUAL IMPOSSIBILITY - METRO 2 COMPLIANCE ERROR

**Account:** Capital One (Ending in 7037)

To the Dispute Resolution Department:

I am writing to dispute a specific **"Factual Impossibility"** regarding the reporting of the above-referenced account.

**The Specific Error:**

You are currently reporting this account with a Status of **"Charged Off"**. However, you are simultaneously reporting a **"Past Due Balance" of $3,791.**

**Why This Is Incorrect:**

According to the **Credit Reporting Resource Guide (Metro 2®)**, which governs standard credit reporting formats:

1. A "Charged Off" account indicates the lender has written the debt off as a loss.

2. Once an account is Charged Off, the "Amount Past Due" field must be zeroed out or not reported as a *current, monthly recurring* delinquency.

3. Reporting a "Past Due" balance every month on a closed, charged-off account treats the debt as if it were still in an active, open repayment cycle, which artificially suppresses my credit score every month.

101 Lake Ave #1706
Orlando, FL  32801
(707) 289-5520
bentarverflorida@gmail.com

**My Demand:**

Please contact the Data Furnisher (Capital One) and demand they physically verify this specific data point.

- **Correction:** If the account is indeed "Charged Off," the "Past Due" amount must be corrected to reflect that the account is no longer in an active billing cycle.

- **Deletion:** If Capital One cannot provide a Metro 2 compliant update that resolves this contradiction, you must delete the trade line entirely to ensure FCRA accuracy.

I expect a specific response regarding this compliance error within 30 days.


Sincerely,

Benjamin D. Tarver

# BENJAMIN D. TARVER

February 8, 2026

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19016-2000

## RE: DISPUTE OF FACTUAL IMPOSSIBILITY - METRO 2 COMPLIANCE ERROR

**Account:** Capital One (Ending in 7037)

To the Dispute Resolution Department:

I am writing to dispute a specific **"Factual Impossibility"** regarding the reporting of the above-referenced account.

### The Specific Error:

You are currently reporting this account with a Status of **"Charged Off"**. However, you are simultaneously reporting a **"Past Due Balance" of $3,791.**

### Why This Is Incorrect:

According to the **Credit Reporting Resource Guide (Metro 2®)**, which governs standard credit reporting formats:

1. A "Charged Off" account indicates the lender has written the debt off as a loss.

2. Once an account is Charged Off, the "Amount Past Due" field must be zeroed out or not reported as a *current, monthly recurring* delinquency.

3. Reporting a "Past Due" balance every month on a closed, charged-off account treats the debt as if it were still in an active, open repayment cycle, which artificially suppresses my credit score every month.

### My Demand:

Please contact the Data Furnisher (Capital One) and demand they physically verify this specific data point.

- **Correction:** If the account is indeed "Charged Off," the "Past Due" amount must be corrected to reflect that the account is no longer in an active billing cycle.

101 Lake Ave #1706
Orlando, FL 32801
(707) 289-5520
bentarverflorida@gmail.com

- **Deletion:** If Capital One cannot provide a Metro 2 compliant update that resolves this contradiction, you must delete the trade line entirely to ensure FCRA accuracy.

I expect a specific response regarding this compliance error within 30 days.

Sincerely,

Benjamin D. Tarver

# BENJAMIN D. TARVER

February 8, 2026

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA 30374-0256

## RE: DISPUTE OF FACTUAL IMPOSSIBILITY - METRO 2 COMPLIANCE ERROR

**Account:** Capital One (Ending in 7037)

To the Dispute Resolution Department:

I am writing to dispute a specific **"Factual Impossibility"** regarding the reporting of the above-referenced account.

### The Specific Error:

You are currently reporting this account with a Status of **"Charged Off"**. However, you are simultaneously reporting a **"Past Due Balance" of $3,791.**

### Why This Is Incorrect:

According to the **Credit Reporting Resource Guide (Metro 2®)**, which governs standard credit reporting formats:

1. A "Charged Off" account indicates the lender has written the debt off as a loss.

2. Once an account is Charged Off, the "Amount Past Due" field must be zeroed out or not reported as a *current, monthly recurring* delinquency.

3. Reporting a "Past Due" balance every month on a closed, charged-off account treats the debt as if it were still in an active, open repayment cycle, which artificially suppresses my credit score every month.

### My Demand:

Please contact the Data Furnisher (Capital One) and demand they physically verify this specific data point.

- **Correction:** If the account is indeed "Charged Off," the "Past Due" amount must be corrected to reflect that the account is no longer in an active billing cycle.

101 Lake Ave #1706
Orlando, FL 32801
(707) 289-5520
bentarverflorida@gmail.com

- **Deletion:** If Capital One cannot provide a Metro 2 compliant update that resolves this contradiction, you must delete the trade line entirely to ensure FCRA accuracy.

I expect a specific response regarding this compliance error within 30 days.

Sincerely,

Benjamin D. Tarver