# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BENJAMIN D. TARVER,**

   **Plaintiff,**

**v.**                                           **Case No.: 6:26-CV-00849- CEM-NWH**

**CAPITAL ONE, N.A,**

   **Defendant.**

## NOTICE OF APPEARANCE AS LEAD COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that MICHAEL D. STARKS, Esq., of the law firm LIEBLER, GONZALEZ & PORTUONDO, hereby enters his appearance as lead counsel for Defendant, CAPITAL ONE, N.A. ("Capital One"), in these proceedings. All parties are requested to take notice of the appearance of undersigned counsel and to serve all copies of any and all motions, orders, pleadings, papers, reports, and/or documents of any kind or nature upon the undersigned counsel.

Respectfully submitted,

*/s/ Michael D. Starks*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
Email: akg@lgplaw.com
Secondary Email: mkv@lgplaw.com
MICHAEL D. STARKS
Florida Bar No. 0086584

Email: mds2@lgplaw.com
Secondary Email: sck@lgplaw.com
ANTHONY M. SARTINI
Florida Bar No. 1059621
Email: ams@lgplaw.com
Secondary Email: sck@lgplaw.com
KATELINE V. GARDINER
Florida Bar No. 1019412
Email: kvg@lgplaw.com
Secondary Email: sck@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **5th** day of **June, 2026**, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF, and on pro se Plaintiff by email at brandon.boone@gmail.com.

*/s/ Michael D. Starks* _____
MICHAEL D. STARKS