## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**BENJAMIN D. TARVER,**

      **Plaintiff,**

**v.**

      **Case No.: 6:26-CV-00849- CEM-NWH**

**CAPITAL ONE, N.A.,**

      **Defendant.**

## DEFENDANT, CAPITAL ONE, N.A.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, CAPITAL ONE, N.A. ("Capital One"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), hereby requests a 21 day extension of time, through and including June 28, 2026, to respond to Plaintiff, BENJAMIN D. TARVER's, Complaint, and for cause, states as follows:

1.     On May 15, 2026, Plaintiff commenced this action by filing his Complaint in the United States District Court for the Middle District of Florida, Orlando.

2.     Capital One was served on May 18, 2026.

3.     As such, Capital One's response to the Complaint is due on or before June 8, 2026.

4.      Undersigned counsel for Capital One has just entered an appearance in this case and needs additional time to determine and prepare an appropriate response to the Complaint.

5.      Capital One and its undersigned counsel are working diligently to evaluate and address the claims asserted in the Complaint and issues raised therein. However, Capital One and undersigned counsel need additional time to review records, investigate the factual allegations stated in the Complaint, and properly respond to same, over and above the time period provided by Rule 81(c).

6.      Capital One therefore respectfully requests a 21-day extension of time within which to respond to Plaintiff's Complaint, through and including June 28, 2026.

7.      Plaintiff has stated that he has no objection to the requested extension.

8.      Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires...." *Id.*

9.      The time for Capital One to respond to Plaintiff's Complaint has not yet expired.

10.     Accordingly, this Honorable Court may properly grant the extension pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, Florida 33130

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

Pursuant to Local Rule 3.01(g), on June 5, 2026, counsel for Capital One conferred by email in good faith with Plaintiff regarding the extension sought in this Motion. On the same day, Plaintiff responded via email that he agrees to the requested extension.

**WHEREFORE**, Defendant, CAPITAL ONE, N.A., requests an extension from the current deadline to respond to Plaintiff's Complaint, i.e., through and including June 28, 2026.

Dated: June 5, 2026                              Respectfully submitted,

*/s/ Michael D. Starks*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
Email: akg@lgplaw.com
Secondary Email: mkv@lgplaw.com
MICHAEL D. STARKS
Florida Bar No. 0086584
Email: mds2@lgplaw.com
Secondary Email: sck@lgplaw.com
ANTHONY M. SARTINI
Florida Bar No. 1059621
Email: ams@lgplaw.com
Secondary Email: sck@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, Florida 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

## CERTIFICATE OF SERVICE

I hereby certify that on this **5th** day of **June, 2026** I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF, as well as by email to Plaintiff at brandon.boone@gmail.com.

/s/ Michael D. Starks
MICHAEL D. STARKS

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, Florida 33130