# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| BENJAMIN D. TARVER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A.,<br><br>　　　　Defendant. | Case No.: 6:26-CV-00849- CEM-NWH |

### DEFENDANT, CAPITAL ONE, N.A.'S, DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

### Recusal Information

If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

On October 1, 2022, Capital One Bank (USA), National Association ("COBNA") merged with and into Capital One, National Association ("CONA"), with CONA as the surviving entity (the "Merger"). The National Bank Act provides that the surviving entity in a merger of national banks is "deemed to be the same corporation as each bank or banking association participating in the merger," and that all "rights, franchises, and interests of the individual merging banks or banking associations in and to every type of property (real, personal, and mixed) and choses in action shall be transferred to and vested in" the surviving entity.  12 U.S.C. § 215a(e). Thus, in accordance with the National Bank Act, CONA holds all of the same property rights

**and interests that COBNA had prior to the Merger, including but not limited to the rights in existing COBNA's accounts and receivables, and is COBNA's successor-in-interest in any pending litigation and matters before any Federal or state court. CONA certifies that it is a wholly owned principal operating subsidiary of Capital One Financial Corporation, a publicly traded company, [NYSE: COF], its parent corporation, and that Capital One Financial Corporation owns 100% of CONA and no other company owns 10% or more of Defendant's stock.**

Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

**Unknown.**

Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

**Unknown.**

If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

**Not applicable.**

Identify any entity or natural person not already disclosed and likely to actively participate in this action.

a. **Plaintiff, Benjamin D. Tarver**

b. **Defendant, Capital One, N.A.**

c. **Andrew Kemp-Gerstel, Counsel for Defendant Capital One, N.A. (Liebler, Gonzalez & Portuondo)**

d. **Michael D. Starks, Lead Counsel for Defendant Capital One, N.A. (Liebler, Gonzalez & Portuondo)**

e. **Anthony M. Sartini, Counsel for Defendant Capital One, N.A. (Liebler, Gonzalez & Portuondo)**

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, Florida 33130

    **f.**       **Liebler, Gonzalez & Portuondo, Counsel for Defendant Capital One N.A.**

Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

    **Unknown.**

## Citizenship Information

> If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.
>
> If the filer is a **corporation**, the filer must identify every state and foreign state of incorporation and its principal place of business.
>
> If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.
>
> If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify every state and foreign state of incorporation, the filer's principal place of business, and the insured's citizenship.
>
> If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.
>
> If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

    **Not applicable.**

If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

    **Not applicable.**

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, Florida 33130

## Certificate

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

Dated: June 12, 2026                    Respectfully submitted,

*/s/ Michael D. Starks*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
Email: akg@lgplaw.com
Secondary Email: mkv@lgplaw.com
MICHAEL D. STARKS
Florida Bar No. 0086584
Email: mds2@lgplaw.com
Secondary Email: sck@lgplaw.com
ANTHONY M. SARTINI
Florida Bar No. 1059621
Email: ams@lgplaw.com
Secondary Email: sck@lgplaw.com
LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, Florida 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, Florida 33130

## CERTIFICATE OF SERVICE

I hereby certify that on this **12th** day of **June, 2026** I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF, as well as by email to Plaintiff at brandon.boone@gmail.com.

> */s/ Michael D. Starks*
> MICHAEL D. STARKS

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, Florida 33130