**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BENJAMIN D. TARVER,**
**Plaintiff,**

**v.**
**CAPITAL ONE, N.A.,**

**Defendant.**

**Case No.: 6:26-CV-00849- CEM-NWH**

# JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's Case Management and Scheduling Order (DE 28) and Order (DE 29) entered on August 4, 2026, Defendant, CAPITAL ONE, N.A. and Plaintiff, BENJAMIN A. TARVER (collectively, the "Parties") jointly notify the Court of the selection of Andrew Hament as the mediator for this action. The parties are in the process of scheduling mediation.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Benjamin D. Tarver*
BENJAMIN D. TARVER
Benjamin D. Tarver, Pro Se
450 S Orange Avenue
3rd Floor
Orlando, FL 32801
407-308-2968
litigation@civilfilingsl.com

*/s/ Michael D. Starks*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
Email: akg@lgplaw.com
Secondary Email: mkv@lgplaw.com
MICHAEL D. STARKS
Florida Bar No. 0086584
Email: mds2@lgplaw.com
Secondary Email: sck@lgplaw.com
ANTHONY M. SARTINI
Florida Bar No. 1059621
Email: ams@lgplaw.com
Secondary Email: sck@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, Florida 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

## CERTIFICATE OF SERVICE

I hereby certify that on **August 14, 2026**, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF, as well as by email to Plaintiff at litigation@civilfilings.com and by U.S. mail to 450 South Orange Avenue, 3rd Floor, Orlando, Florida 32801

*/s/ Michael D. Starks*
MICHAEL D. STARKS