UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BENJAMIN D. TARVER,

Plaintiff,

v. Case No.: 6:26-cv-00849-CEM-NWH

CAPITAL ONE, N.A.,

Defendant,
_______________________________/

**ORDER TO SHOW CAUSE**

This cause comes before the Court *sua sponte*. On August 10, 2026, the Court scheduled a hearing on Defendant's Motions to Stay Discovery and for Protective Order (Docs. 23, 24). The hearing was noticed for August 18, 2026, at 9:30 a.m. (Doc. 33). Plaintiff failed to appear at the hearing and did not file a motion requesting that the hearing be rescheduled. (Doc. 37).

Accordingly, Plaintiff, Benjamin D. Tarver, is hereby **ORDERED TO SHOW CAUSE** why sanctions should not be imposed for failing to appear at the hearing on August 18, 2026. **Plaintiff shall appear in person at a show cause hearing on September 2, 2026, at 9:30 a.m.** in Courtroom 4D, at the George C. Young Federal Annex Courthouse, 401 West Central Boulevard, Orlando, Florida 32801. **Plaintiff is warned that failure to appear at the show cause hearing may result in sanctions including dismissal of this action.**

**DONE** and **ORDERED** in Orlando, Florida on August 18, 2026.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE