**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **BENJAMIN D. TARVER,**<br>**Plaintiff,**<br><br>**v.**<br>**CAPITAL ONE, N.A.,**<br><br>**Defendant.** | **Case No.: 6:26-CV-00849- CEM-NWH** |

**DEFENDANT, CAPITAL ONE, N.A.'S NOTICE OF FILING PLAINTIFF'S AUGUST 18, 2026 EMAIL CORRESPONDENCE**

Defendant, CAPITAL ONE, N.A. ("Capital One"), hereby gives notice of filing the email correspondence received by undersigned from Plaintiff, Benjamin D. Tarver, dated August 18, 2026, a true and correct copy of which is attached hereto as Exhibit " A", terminating acceptance of emails.

Respectfully submitted,

*/s/ Michael D. Starks*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
Email: akg@lgplaw.com
Secondary Email: mkv@lgplaw.com
MICHAEL D. STARKS
Florida Bar No. 0086584
Email: mds2@lgplaw.com
Secondary Email: sck@lgplaw.com
ANTHONY M. SARTINI
Florida Bar No. 1059621
Email: ams@lgplaw.com
Secondary Email: sck@lgplaw.com
**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor

44 West Flagler Street
Miami, Florida 33130
Telephone: (305) 379-0400
Facsimile: (305) 379-9626

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 18, 2026**, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF, as well as by U.S. mail to 450 South Orange Avenue, 3rd Floor, Orlando, Florida 32801.

*/s/ Michael D. Starks*
MICHAEL D. STARKS