# Exhibit A

**Anthony M Sartini**

| | |
|---|---|
| **From:** | BENJAMIN TARVER <litigation@civilfilings.com> |
| **Sent:** | Tuesday, August 18, 2026 10:30 AM |
| **To:** | Michael D. Starks; Andrew Kemp-Gerstel; Anthony M Sartini |
| **Subject:** | Tarver v. Capital One, N.A. — Notice Regarding Communications, Service, and Required Conferrals |

**CAUTION: EXTERNAL SENDER.**

Effective immediately, please do not communicate with me by email for any purpose in this matter.

I hereby withdraw any prior consent to direct service by email or other electronic transmission by you, your firm, your client, or anyone acting on your behalf.

All pleadings, motions, discovery, notices, correspondence, letters, demands, settlement communications, conferral requests, scheduling requests, service copies, and all other written communications must be sent to me by United States Mail at my address of record.

Emails from you, your firm, your client, or anyone acting on your behalf will be automatically filtered and will not be read, reviewed, or monitored. You should not rely upon email for service, notice, conferral requests, deadlines, or any other communication.

Likewise, I will not communicate with you or your firm by email. My written communications to you will also be sent by United States Mail.

I am not refusing or avoiding any conference actually required by an applicable rule or court order. I remain available to participate by telephone in such required conferences. Telephone communication, however, is limited solely to actually conducting a required conference. Telephone calls are not authorized for requesting a conferral, scheduling a conferral, discussing whether a conferral is necessary, general correspondence, settlement discussions, status inquiries, or any other purpose.

Any request for a required conferral must be sent by United States Mail and should clearly identify the specific motion, discovery dispute, or other matter for which the conference is requested, the applicable rule or court order requiring the conference, the specific issues counsel proposes to discuss, and proposed dates and times for the telephone conference. I will respond to written conferral requests by United States Mail and, where a conference is required, will provide my availability or otherwise make reasonable arrangements to participate.

Once a conference is scheduled, the telephone call should be limited to the subject matter identified in the written conferral request and matters reasonably necessary to complete the required conference. The telephone conference is not authorization for unrelated questioning, informal discovery, general discussion of the case, or discussion of unrelated disputes. If counsel wishes to raise an additional matter requiring a separate conferral, that matter should be identified in a separate written request sent by United States Mail.

This notice is being retained as part of my contemporaneous case records. I will likewise retain conferral requests, my responses, mailing records, and records of conferences conducted. If any representation is later made to the Court that I failed to respond to a conferral request, refused to confer, was unavailable, failed to participate, or otherwise evaded a required conference, I will rely upon and, where appropriate, submit this notice and the relevant contemporaneous records to correct the record.

A duplicate copy of this notice is also being sent to you by United States Mail. This email is being transmitted solely to provide immediate notice of this communication protocol and will be my final email communication with you or your firm in this matter.

Please update your records accordingly.

**Benjamin Tarver**
**Self-Represented Litigant**

P 407.308.2968 | Fax: 877-268-4932

litigation@civilfilings.com

450 South Orange Ave, 3rd Floor, Orlando, FL 32801