FILED - USDC - FLMD - ORL
OCT 5 2026 PM12:39

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| BENJAMIN D. TARVER,<br>Plaintiff,<br>v.<br>CAPITAL ONE, N.A.,<br>Defendant. | Case No.<br>6:26-cv-00849-CEM-NWH |

# NOTICE OF APPEAL

Plaintiff Benjamin D. Tarver hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Endorsed Order entered September 4, 2026 (Doc. 44), dismissing this action.

Respectfully submitted,

BENJAMIN D. TARVER
450 South Orange Ave, 3rd Floor
Orlando, FL 32801
T: 407-308-2968
E: litigation@civilfilings.com

Dated: October 5, 2026

*Plaintiff, Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I served a true and correct copy of the foregoing document by U.S. Mail, postage prepaid, on counsel of record for Defendant at the following address:

Michael D. Starks
Liebler, Gonzalez & Portuondo
44 West Flagler Street
Suite 2500
Miami, FL 33130

I further certify that, upon docketing by the Clerk, counsel of record who are registered users of the Court's CM/ECF system may receive electronic notice of this filing through CM/ECF.

BENJAMIN D. TARVER
*Plaintiff, Pro Se*