APPEAL,CLOSED,MEDIATION

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:26−cv−00849−CEM−NWH

Tarver v. Capital One, N.A.
Assigned to: Judge Carlos E. Mendoza
Referred to: Magistrate Judge Nathan W. Hill
Demand: $8,000
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 05/15/2026
Date Terminated: 09/04/2026
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer Credit
Jurisdiction: Federal Question

**Plaintiff**

**Benjamin D. Tarver** represented by **Benjamin D. Tarver**
450 South Orange Avenue
3rd Floor
Orlando, FL 32801
407−308−2968
PRO SE

V.

**Defendant**

**Capital One, N.A.** represented by **Michael D. Starks**
Liebler, Gonzalez & Portuondo
44 West Flagler Street
Suite 2500
Miami, FL 33130
305−379−0400
Email: mds2@lgplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Kemp−Gerstel**
Liebler, Gonzalez & Portuondo, PA
44 W Flagler St Ste 2500
Miami, FL 33130−1808
305/379−0400
Fax: 305/379−9626
Email: akg@lgplaw.com
*ATTORNEY TO BE NOTICED*

**Anthony Michael Sartini , Jr.**
Liebler, Gonzalez & Portuondo
Civil Litigation
Courthouse Tower − 25th Floor
44 West Flagler Street
Miami, FL 33130
321−806−5505
Email: ams@lgplaw.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2026 | 1 | COMPLAINT against Capital One, N.A. with Jury Demand Filing fee $405.00, receipt number ORL 118679 filed by Benjamin D. Tarver. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(MSN) (Entered: 05/15/2026) |
| 05/15/2026 | 2 | SUMMONS issued as to Capital One, N.A. (In person) (MSN) (Entered: 05/15/2026) |
| 05/18/2026 | 3 | **INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Carlos E. Mendoza on 5/18/2026. (ALL)** (Entered: 05/18/2026) |
| 05/18/2026 | 4 | **NOTICE TO COUNSEL AND PARTIES: Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Carlos E. Mendoza on 5/18/2026. (ALL)** (Entered: 05/18/2026) |
| 05/27/2026 | 5 | NOTICE of a related action per Local Rule 1.07(c) by Benjamin D. Tarver. Related case(s): Yes (Attachments: # 1 Mailing Envelope)(MSN) (Entered: 05/27/2026) |
| 05/27/2026 | 6 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Benjamin D. Tarver. (Attachments: # 1 Mailing Envelope)(MSN) (Entered: 05/27/2026) |
| 05/27/2026 | 7 | RETURN of service executed on 5/18/2026 by Benjamin D. Tarver as to Capital One, N.A. (Attachments: # 1 Mailing Envelope)(MSN) (Entered: 05/28/2026) |
| 06/05/2026 | 8 | NOTICE of Appearance by Andrew Kemp−Gerstel on behalf of Capital One, N.A. (Kemp−Gerstel, Andrew) (Entered: 06/05/2026) |
| 06/05/2026 | 9 | NOTICE of Lead Counsel Designation by Michael D. Starks on behalf of Capital One, N.A.. Lead Counsel: Michael D. Starks. (Starks, Michael) (Entered: 06/05/2026) |
| 06/05/2026 | 10 | NOTICE of Appearance by Anthony Michael Sartini, Jr on behalf of Capital One, N.A. (Sartini, Anthony) (Entered: 06/05/2026) |
| 06/05/2026 | 11 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint by Capital One, N.A.. (Starks, Michael) Motions referred to Magistrate Judge Nathan W. Hill. (Entered: 06/05/2026) |
| 06/08/2026 | 12 | **ENDORSED ORDER granting 11 Motion for Extension of Time to Answer. Capital One, N.A. answer or response due 6/29/2026. Signed by Magistrate Judge Nathan W. Hill on 6/8/2026. (WRT)** (Entered: 06/08/2026) |
| 06/11/2026 | 13 | **ORDER ON DISCOVERY MOTIONS. Signed by Magistrate Judge Nathan W. Hill on 6/11/2026. (JOR)** (Entered: 06/11/2026) |
| 06/12/2026 | 14 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Capital One, N.A. identifying Corporate Parent Capital One Financial Corporation for Capital One, N.A... (Starks, Michael) (Entered: 06/12/2026) |
| 06/12/2026 | 15 | NOTICE of a related action per Local Rule 1.07(c) by Capital One, N.A.. Related case(s): Yes (Starks, Michael) (Entered: 06/12/2026) |
| 06/17/2026 | | |

| | | |
|---|---|---|
| | | NOTICE of CONSENT to Receive Notices of Electronic Filings at the email address of record by Benjamin D. Tarver. (RPB) (Entered: 06/17/2026) |
| 06/25/2026 | 16 | AMENDED COMPLAINT against Capital One, N.A. with Jury Demand. filed by Benjamin D. Tarver. Related document: 1 Complaint filed by Benjamin D. Tarver. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(MSN) (Entered: 06/26/2026) |
| 07/09/2026 | 17 | UNOPPOSED MOTION for Extension of Time to File Answer *To Amended Complaint* by Capital One, N.A.. (Starks, Michael) Motions referred to Magistrate Judge Nathan W. Hill. Modified text on 7/10/2026 (JDR). (Entered: 07/09/2026) |
| 07/10/2026 | 18 | **ENDORSED ORDER granting 17 Motion for Extension of Time to Answer. Capital One, N.A. answer or response to the Amended Complaint due 7/24/2026. Signed by Magistrate Judge Nathan W. Hill on 7/10/2026. (Hill, Nathan)** (Entered: 07/10/2026) |
| 07/16/2026 | 19 | CASE MANAGEMENT REPORT. (Starks, Michael) (Entered: 07/16/2026) |
| 07/20/2026 | 20 | AMENDED Initial Disclosures document by Capital One, N.A. (Starks, Michael) Modified on 7/21/2026 to edit docket text (MSN). (Entered: 07/20/2026) |
| 07/24/2026 | 21 | MOTION to Dismiss Plaintiff's Amended Complaint by Capital One, N.A. (Attachments: # 1 Exhibit State Court File, # 2 Exhibit Statement)(Starks, Michael) Modified on 7/27/2026 to edit docket text. (WLB). (Entered: 07/24/2026) |
| 07/27/2026 | 22 | Amended MOTION to Dismiss Plaintiff's Amended Complaint by Capital One, N.A. (Attachments: # 1 Exhibit Statement) (Starks, Michael) Modified on 7/27/2026 to edit docket text. (WLB). (Entered: 07/27/2026) |
| 07/30/2026 | 23 | MOTION to Stay Discovery by Capital One, N.A. (Attachments: # 1 Exhibit A to Motion to Stay, # 2 Exhibit B to Motion to Stay, # 3 Exhibit C to Motion to Stay)(Starks, Michael). (Entered: 07/30/2026) |
| 07/30/2026 | 24 | MOTION for Protective Order, MOTION to Quash Plaintiff's Non−Party Subpoena by Capital One, N.A. (Attachments: # 1 Exhibit A to Motion for Protective Order, # 2 Exhibit B to Motion for Protective Order, # 3 Exhibit C to Motion for Protective Order)(Starks, Michael) Motions referred to Magistrate Judge Nathan W. Hill. (Entered: 07/30/2026) |
| 07/31/2026 | 26 | RESPONSE in Opposition re 23 MOTION to Stay Discovery filed by Benjamin D. Tarver. (WLB) (Entered: 08/04/2026) |
| 07/31/2026 | 27 | RESPONSE in Opposition re 24 MOTION for Protective Order, MOTION to Quash Plaintiff's Non−Party Subpoenas filed by Benjamin D. Tarver. (WLB) (Entered: 08/04/2026) |
| 08/03/2026 | 25 | **ENDORSED ORDER denying as moot 21 Motion to Dismiss in light of 22. Signed by Magistrate Judge Nathan W. Hill on 8/3/2026. (Hill, Nathan)** (Entered: 08/03/2026) |
| 08/04/2026 | 28 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 8/14/2026, Joinder of Parties due by 8/14/2026, Discovery due by 8/6/2027, Dispositive motions due by 9/7/2027, Pretrial statement due by 1/10/2028, All other motions due by 1/10/2028, Plaintiff disclosure of expert report due by 6/8/2027, Defendant disclosure of expert report due by 7/8/2027, Trial Status** |

| | | |
|---|---|---|
| | | **Conference set for 1/20/2028 at 10:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza, Jury Trial set for February 2028 trial term at 08:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Conduct mediation hearing by 8/20/2027. Lead counsel to coordinate dates. Signed by Judge Carlos E. Mendoza on 8/4/2026. (ALL)** (Entered: 08/04/2026) |
| 08/04/2026 | 29 | **ORDER directing the parties to confer, and then advise the Court, on the selection of a mediator, on or before August 18, 2026. Signed by Judge Carlos E. Mendoza on 8/4/2026. (ALL)** (Entered: 08/04/2026) |
| 08/07/2026 | 30 | MOTION for Leave to File Reply to Plaintiff's Response in Opposition to Capital One's Motion for Protective Order and Motion to Quash Plaintiff's Non−Party Subpoenas (DE 24) by Capital One, N.A. (Starks, Michael) Modified on 8/10/2026 to edit docket text (MSN). (Entered: 08/07/2026) |
| 08/07/2026 | 31 | MOTION for Leave to File Reply to Plaintiff's Response in Opposition to Capital One, N.A.'s Motion to Stay Discovery (DE 23) by Capital One, N.A. (Starks, Michael) Modified on 8/10/2026 to edit docket text (MSN). (Entered: 08/07/2026) |
| 08/10/2026 | 32 | **ENDORSED ORDER denying 30 Motion for Leave to File Document; denying 31 Motion for Leave to File Document. The Court does not require further briefing at this time. Signed by Magistrate Judge Nathan W. Hill on 8/10/2026. (Hill, Nathan)** (Entered: 08/10/2026) |
| 08/10/2026 | 33 | NOTICE of hearing on motion re 23 MOTION to Stay Discovery .24 MOTION for Protective Order, MOTION to Quash Plaintiff's Non−Party Subpoena by Capital One, N.A. Motion Hearing set for 8/18/2026 at 09:30 AM in Orlando Courtroom 4 D before Magistrate Judge Nathan W. Hill. (JOR) Modified on 8/10/2026 to edit docket text (JOR). (Entered: 08/10/2026) |
| 08/12/2026 | 34 | RESPONSE in Opposition re 22 Amended MOTION to Dismiss Plaintiff's Amended Complaint filed by Benjamin D. Tarver. (WLB) (Entered: 08/12/2026) |
| 08/14/2026 | 35 | NOTICE by Capital One, N.A. re 29 Order Directing Compliance, 28 Case Management Scheduling Order *of Selection of Mediator* (Starks, Michael) (Entered: 08/14/2026) |
| 08/14/2026 | 36 | NOTICE by Capital One, N.A. re 22 Amended MOTION to Dismiss Plaintiff's Amended Complaint , 24 MOTION for Protective Order MOTION to Quash Plaintiff's Non−Party Subpoenas *Certifying Ongoing Conferral* (Starks, Michael) (Entered: 08/14/2026) |
| 08/17/2026 | | NOTICE to REVOKE Consent to Receive Notices of Electronic Filings for this case by Benjamin D. Tarver. (RPB) (Entered: 08/17/2026) |
| 08/18/2026 | 37 | Minute Entry. In Person Proceedings held before Magistrate Judge Nathan W. Hill: MOTION HEARING held on 8/18/2026 re 23 MOTION to Stay Discovery filed by Capital One, N.A., 24 MOTION for Protective Order MOTION to Quash Plaintiff's Non−Party Subpoenas filed by Capital One, N.A.. (Tape # mailto:hylandtranscripts@outlook.com) Court Reporter: Karla Hyland (JOR) (Entered: 08/18/2026) |
| 08/18/2026 | 38 | **ORDER granting 23 Motion to Stay Discovery. All discovery in this matter is STAYED pending resolution of the pending Motion to Dismiss (Doc. 22). All outstanding subpoenas are QUASHED. Signed by Magistrate Judge Nathan W. Hill on 8/18/2026. (Hill, Nathan)** (Entered: 08/18/2026) |

| | | |
|---|---|---|
| 08/18/2026 | 39 | **ENDORSED ORDER denying as moot 24 Motion for Protective Order; denying as moot 24 Motion to Quash in light of 38 Order Staying Discovery. Signed by Magistrate Judge Nathan W. Hill on 8/18/2026. (Hill, Nathan)** (Entered: 08/18/2026) |
| 08/18/2026 | 40 | **ORDER to show cause why sanctions should not be imposed for failing to appear at the hearing on August 18, 2026 as to Benjamin D. Tarver. Plaintiff shall appear in person at a show cause hearing set for 9/2/2026 at 09:30 AM in Orlando Courtroom 4 D before Magistrate Judge Nathan W. Hill. Plaintiff is warned that failure to appear at the show cause hearing may result in sanctions including dismissal of this action. Signed by Magistrate Judge Nathan W. Hill on 8/18/2026. (Hill, Nathan)** (Entered: 08/18/2026) |
| 08/18/2026 | 41 | NOTICE by Capital One, N.A. *of Filing Plaintiff's August 18, 2026 Email Correspondence* (Attachments: # 1 Exhibit A to Defendant's Notice of Filing)(Starks, Michael) (Entered: 08/18/2026) |
| 08/24/2026 | 42 | OBJECTION re 38 Order on Motion to Stay Discovery filed by Benjamin D. Tarver. (MLB) Modified to correct docket text on 8/26/2026 (ALL). (Entered: 08/25/2026) |
| 09/02/2026 | 43 | Minute Entry. In Person Proceedings held before Magistrate Judge Nathan W. Hill: SHOW CAUSE HEARING held on 9/2/2026. (Digital) (TNP) (Entered: 09/02/2026) |
| 09/04/2026 | 44 | **ENDORSED ORDER dismissing this case for failing to comply with the Court's 40 Order to Show Cause and failing to appear at the Sept. 2, 2026 Show Cause hearing. (See Min. Entry, Doc. 43, at 1; Doc. 40 at 1 ("Plaintiff is warned that failure to appear at the show cause hearing may result in sanctions including dismissal of this action."); Taylor v. Exec. Dir. at the Fla. Dep't of Highway Safety, No. 22−10384, 2023 U.S. App. LEXIS 23367, at *3 (11th Cir. Sep. 1, 2023) ("The district court has the authority to dismiss an action sua sponte for failure to obey a court order or for lack of prosecution."). Signed by Judge Carlos E. Mendoza on 9/4/2026. (KMD)** (Entered: 09/04/2026) |
| 09/08/2026 | 45 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non−party must move for relief before the seal expires. (Signed by Deputy Clerk). (MLB) (Entered: 09/08/2026) |
| 10/05/2026 | 46 | NOTICE OF APPEAL as to 44 Order by Benjamin D. Tarver. Filing fee $ 605, receipt number ORL 119908. (NLG) (Entered: 10/05/2026) |
| 10/05/2026 | 47 | DOCKETED IN ERROR (NLG). (Entered: 10/07/2026) |
| 10/13/2026 | 48 | TRANSMITTAL of initial appeal package to the U.S. Court of Appeals − 11th Circuit re 46 Notice of Appeal. Filing fee paid. (NLG) (NLG). (Entered: 10/13/2026) |

MIME−Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
−−Case Participants: Michael D. Starks (mds2@lgplaw.com, sck@lgplaw.com), Anthony Michael Sartini, Jr (ams@lgplaw.com, mkv@lgplaw.com), Andrew Kemp−Gerstel (akg@ecf.courtdrive.com, akg@lgplaw.com, khi@lgplaw.com, mkv@lgplaw.com, sck@lgplaw.com), Judge Carlos E. Mendoza (chambers_flmd_mendoza@flmd.uscourts.gov), Magistrate Judge Nathan W. Hill (chambers_flmd_hill@flmd.uscourts.gov, nathan_hill@flmd.uscourts.gov)
−−Non Case Participants:
−−No Notice Sent:

Message−Id:27723162@flmd.uscourts.gov
Subject:Activity in Case 6:26−cv−00849−CEM−NWH Tarver v. Capital One, N.A. Order
Content−Type: text/html

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 9/4/2026 at 3:28 PM EDT and filed on 9/4/2026

| | |
|---|---|
| **Case Name:** | Tarver v. Capital One, N.A. |
| **Case Number:** | 6:26−cv−00849−CEM−NWH |
| **Filer:** | |
| **Document Number:** | 44(No document attached) |

**Docket Text:**
**ENDORSED ORDER dismissing this case for failing to comply with the Court's [40] Order to Show Cause and failing to appear at the Sept. 2, 2026 Show Cause hearing. (See Min. Entry, Doc. [43], at 1; Doc. [40] at 1 ("Plaintiff is warned that failure to appear at the show cause hearing may result in sanctions including dismissal of this action."); Taylor v. Exec. Dir. at the Fla. Dep't of Highway Safety, No. 22−10384, 2023 U.S. App. LEXIS 23367, at *3 (11th Cir. Sep. 1, 2023) ("The district court has the authority to dismiss an action sua sponte for failure to obey a court order or for lack of prosecution."). Signed by Judge Carlos E. Mendoza on 9/4/2026. (KMD)**

**6:26−cv−00849−CEM−NWH Notice has been electronically mailed to:**

Michael D. Starks mds2@lgplaw.com, sck@lgplaw.com

Andrew Kemp−Gerstel akg@lgplaw.com, akg@ecf.courtdrive.com, khi@lgplaw.com, mkv@lgplaw.com, sck@lgplaw.com

Anthony Michael Sartini, Jr ams@lgplaw.com, mkv@lgplaw.com

**6:26−cv−00849−CEM−NWH Notice has been delivered by other means to:**

Benjamin D. Tarver
450 South Orange Avenue
3rd Floor

Orlando, FL 32801

FILED - USDC - FLMD - ORL
OCT 5 2026 PM12:39

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BENJAMIN D. TARVER,

Plaintiff,

v.

CAPITAL ONE, N.A.,

Defendant.

Case No.

6:26-cv-00849-CEM-NWH

## NOTICE OF APPEAL

Plaintiff Benjamin D. Tarver hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Court's Endorsed Order entered September 4, 2026 (Doc. 44), dismissing this action.

Respectfully submitted,

BENJAMIN D. TARVER
450 South Orange Ave, 3rd Floor
Orlando, FL 32801
T: 407-308-2968
E: litigation@civilfilings.com

Dated: October 5, 2026

*Plaintiff, Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I served a true and correct copy of the foregoing document by U.S. Mail, postage prepaid, on counsel of record for Defendant at the following address:

Michael D. Starks
Liebler, Gonzalez & Portuondo
44 West Flagler Street
Suite 2500
Miami, FL 33130

I further certify that, upon docketing by the Clerk, counsel of record who are registered users of the Court's CM/ECF system may receive electronic notice of this filing through CM/ECF.

BENJAMIN D. TARVER
*Plaintiff, Pro Se*